# IN THE SUPREME COURT OF THE STATE OF NEVADA

MM DEVELOPMENT COMPANY, INC.,
A NEVADA CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JESSICA K.
PETERSON, DISTRICT JUDGE,
Respondents,
and
TRYKE COMPANIES SO NV, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Real Party in Interest.

No. 83920

**FILED**

FEB 08 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order denying a motion for judgment on the pleadings. Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Specifically, we generally decline to exercise our discretion to grant writ petitions challenging orders denying motions for judgment on the pleadings, and we are not convinced any of the exceptions apply in this case. *See Chur v.*

 
22-04218

*Eighth Judicial Dist. Court*, 136 Nev. 68, 70, 458 P.3d 336, 339 (2020) (discussing the exceptions to the general rule). We therefore

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                          Herndon

cc:    Hon. Jessica K. Peterson, District Judge
       Kemp Jones, LLP
       H1 Law Group
       Conant Law Firm
       Eighth District Court Clerk